IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HYDRO DELTA CORPORATION,

    Plaintiff,

v.

BRISTOL COMPRESSORS
INTERNATIONAL, INC.

    Defendant.

Civil Action No. 2:08-cv-501

**Judge Gary L. Lancaster**

## ORDER OF COURT

AND NOW, this 4th day of December, 2008, the above-captioned action is dismissed with prejudice.

BY THE COURT:

_____
GARY L. LANCASTER
United States District Judge

{00405695.1}